UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CREDIT EUROPE BANK, N.V., <br><br> Plaintiff, <br><br> v. <br><br> TUSPA TRADE, LLC, <br><br> Defendant. | Case No. 3:17-cv-0129-LRH-WGC <br><br> ORDER |

This is an order concerning plaintiff Credit Europe Bank, N.V.'s ("CEB") request for a preliminary injunction. ECF No. 7.

On February 28, 2017, CEB initiated the underlying action for fraudulent transfer against defendant Tuspa Trade, LLC ("Tuspa"). ECF No. 1. Along with its complaint, CEB filed an *ex parte* application for a temporary restraining order. ECF No. 4. On March 1, 2017, the court granted CEB's application and temporarily restrained Tuspa "from transferring, selling, gifting, or in any way relieving itself of any and all shares of Kosova e Re Sh. p.k., a Republic of Kosova insurance company, until such time that the court can decide whether to issue a preliminary injunction." ECF No. 8. Along with the temporary restraining order the court set a shortened briefing schedule on CEB's request for a preliminary injunction. *Id*. However, defendant Tuspa did not file any opposition by the March 8, 2017 deadline.

On Tuesday, March 14, 2017, the court held a hearing on CEB's request for a preliminary injunction. At the hearing, Tuspa's counsel - who filed her notice of appearance on

March 13, 2017 - notified the court that she had been retained only after the deadline to file an opposition had passed and requested an extension of time to file an opposition. The court finds that based on the original shortened briefing schedule and the nature of this action, good cause exists to extend the temporary restraining order and allow Tuspa to file a response to CEB's request for a preliminary injunction. Further, the court finds there is no bad faith or dilatory motive for Tuspa's request and that CEB will not be prejudiced by a short extension. Finally, at the hearing both parties acknowledged and agreed that there will be no harm to either party if the temporary restraining order was extended to allow for another shortened briefing schedule.

IT IS THEREFORE ORDERED that the temporary restraining order entered on March 1, 2017 (ECF No. 8) is EXTENDED until further order by the court.

IT IS FURTHER ORDERED that defendant may file a response to the plaintiff's request for a preliminary injunction (ECF No. 7) no later than 5:00 p.m., Thursday, March 23, 2017. Plaintiff may file a reply no later than 5:00 p.m., Monday, March 27, 2017. No further extensions of time shall be given.

IT IS FURTHER ORDERED that a hearing on plaintiff's request for a preliminary injunction is scheduled for Monday, April 3, 2017, at 10:00 a.m. in Courtroom 3 at the Bruce R. Thompson Courthouse in Reno, Nevada. If the parties have any questions concerning the hearing, the parties may contact the courtroom deputy, Dionna Negrete, at (775) 686-5829 no later than Thursday, March 30, 2017.

IT IS SO ORDERED.

DATED this 14th day of March, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE